154 So.2d 767

**Miss Margie Rutledge BURTON**

v.

**LUMBERMENS MUTUAL CASUALTY COMPANY and The Ohio Casualty Insurance Company.**

No. 46802.

June 28, 1963.

In re: Lumbermens Mutual Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 152 So.2d 235.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

154 So.2d 767

**Lucius FORSYTH**

v.

**JEFFERSON DOWNS, INC.**

No. 46804.

June 28, 1963.

In re: Lucius Forsyth applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 152 So.2d 369.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.